**\*\*E-filed 12/22/10\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL COOK, | **No. C 10-1806 RS** |
| Plaintiff, | **ORDER DISMISSING ACTION** |
| v. | |
| MICHAEL J. ASTRUE, | |
| Defendant. | |
| _____/ | |

This is the latest of several actions plaintiff Michael Cook has filed complaining that the Social Security Administration ("SSA") allegedly has failed to provide him certain medical records he requested. *See*, *e.g*., C 06-1965, C 08-3626 RS, and C 09-2467 RS. Although in this action Cook makes reference a need for the records in a petition for *habeas corpus*, rather than in connection with the series of cases he has filed against the SSA regarding six Supplemental Security Income checks, it suffers from the same defects as his prior complaints.  Accordingly, for the same

reasons set forth in the dismissal orders in the prior actions, defendant's motion to dismiss is granted.  The Clerk shall close the file.

IT IS SO ORDERED.

Dated: 12/22/10

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

James A. Scharf    james.scharf@usdoj.gov, mimi.lam@usdoj.gov

**AND A HARD COPY OF THIS ORDER WAS MAILED TO:**

**Michael Cook**
T-79529
A-2-212
Pelican Bay State Prison
Post Office Box 7500
Crescent City, CA 95532

DATED:   12/22/10

/s/ Chambers Staff

Chambers of Magistrate Judge Richard Seeborg